**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Aaron J. Smith                 BK NO. 22-00031 HWV

Debtor(s)

Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of LoanCare, LLC and index same on the master mailing list.

               Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
17 Jan 2022, 13:31:54, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322