UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  AARON J. SMITH                  :  CHAPTER 13
       Debtor                          :
                                       :
    JACK N. ZAHAROPOULOS             :
    STANDING CHAPTER 13 TRUSTEE      :
       Movant                          :
                                       :
       vs.                             :
                                       :
    AARON J. SMITH                   :
       Respondent                      :  CASE NO.   1-22-bk-00031


<u>TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN</u>

      AND NOW, this   20th   day of July, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

    1.  The Trustee avers that debtor's plan is not feasible based upon the following:

       a.  Plan ambiguous –

          (1)  Term – Term seems to go to July of 2027, which is beyond 60 months.   Cannot reconcile final tier payments and final tier total.

          (2)  Base amount

      WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

       a.  Deny confirmation of debtor(s) plan.
       b.  Dismiss or convert debtor(s) case.
       c.  Provide such other relief as is equitable and just.

            Respectfully submitted:

            Jack N. Zaharopoulos
            Standing Chapter 13 Trustee
            8125 Adams Drive, Suite A
            Hummelstown, PA 17036
            (717) 566-6097


      BY:     /s/Douglas R. Roeder
            Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this  20th  day of July, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Samantha Wolfe, Esquire
2000 Linglestown Road, Suite 106
Harrisburg, PA   17110

                                   /s/Deborah A. Behney
                                   Office of Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee