UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
AARON J. SMITH
        DEBTOR(S)     :    CASE NO: 1:22-BK-00031

                                 :    CHAPTER 13

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE PROTHONOTARY:

Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 12/2/22

_____
Samantha C. Wolfe
Attorney ID# 328845

## PRAECIPE TO ENTER APPEARANCE

TO THE PROTHONOTARY:

Please enter my appearance as attorney in the above-captioned action for the Debtor(s)

Respectfully Submitted,

Date: 12/2/22

_____
Melanie Walz Scaringi
Attorney ID# 88347
Scaringi Law
2000 Linglestown Road
Suite 106
Harrisburg, PA 17110