UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

      AARON J. SMITH

          DEBTOR(S)

: 
: CASE NO: 1:22-bk-00031-HWV
: 
: CHAPTER 13

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK OF COURT:

    Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 12/15/23

Melanie Walz Scaringi, Esq.
Attorney I.D. # 88347

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance as attorney in the above-captioned action for the Debtor(s)

Respectfully Submitted,

Date: 15 DEC 23

R. Bruce Crelin, Esq.
Attorney I.D. # 326968
Scaringi Law
2000 Linglestown Rd., Suite 106
Harrisburg, PA 17110