UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

AARON SMITH
   DEBTOR(S)    : CASE NO: 1:22-BK-00031-HWV
           : CHAPTER 13

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK OF COURT:

 Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s).

            Respectfully Submitted,

Date: 15 MAR 24

            R. Bruce Crelin, Esq.
            Attorney I.D. #326928

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK OF COURT:

 Please enter my appearance as attorney in the above-captioned action for the Debtor(s)

            Respectfully Submitted,

Date: 3/15/24

            Melanie Walz Scaringi, Esq.
            Attorney I.D. #88347
            Scaringi Law
            2000 Linglestown Road, Suite 106
            Harrisburg, PA 17110