## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Aaron J. Smith<br>                        **Debtor**<br><br>**LoanCare, LLC**<br>                        **Movant**<br>    vs.<br><br>**Aaron J. Smith**<br>                        **Debtor**<br><br>**Jack N. Zaharopoulos, Esq.**<br>                        **Trustee** | **BK NO. 22-00031 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 1** |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 26, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Aaron J. Smith
6829 Shoestring Hill Road
PO Box 1
Quincy, PA 17247

<u>Attorney for Debtor</u>
Melanie Walz Scaringi, Esq.
Scaringi and Scaringi, PC
2000 Linglestown Road, Suite 106 (VIA ECF)
Harrisburg, PA 17110

<u>Trustee</u>
Jack N. Zaharopoulos, Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: <u>January 26, 2023</u>

                                          **/s/Michael P. Farrington, Esq.**
                                            Michael P. Farrington, Esq.
                                            Attorney I.D. 329636
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            (215) 825-6488
                                            mfarrington@kmllawgroup.com